UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JERI F. MASON, | CASE NO. C11-216 MJP |
| Plaintiff, | ORDER REVOKING IN FORMA PAUPERIS STATUS |
| v. | |
| INDY MAC/ONEWEST, et.al., | |
| Defendants. | |

This comes before the Court based on referral from the Ninth Circuit. (Dkt. No. 19.) The Ninth Circuit requests the Court determine whether in forma pauperis status should continue for this appeal or whether the appeal is frivolous or taken in bad faith. See U.S.C. § 1915(a)(3). Having reviewed the Court's order dismissing Plaintiff's claims and the balance of the record, the Court finds the appeal is frivolous.

In February 2011, Plaintiff appeared to sue Defendants over collection practices and home owner association fees. (Dkt. No. 5.) Plaintiff's complaint did not provide a basis for this Court's jurisdiction. (Id.) When the Court ordered Plaintiff to show cause regarding subject matter jurisdiction, Plaintiff failed to file any response. Since no basis for jurisdiction exists over

1 | Plaintiff's claim, the Court determines the appeal is frivolous and Plaintiff's in forma pauperis
2 | status is revoked.
3 |      The clerk is ordered to provide copies of this order to all parties as well as the Ninth
4 | Circuit.
5 |      Dated this 3rd day of May, 2011.

*[signature]*

Marsha J. Pechman
United States District Judge

ORDER REVOKING IN FORMA PAUPERIS
STATUS- 2